


# MARICOPA COUNTY SHERIFF'S OFFICE

PAUL PENZONE
SHERIFF

December 30, 2020

Philp F. Rust
Rust Investigations, Inc.
PO Box 6471
Glendale, AZ 85312

Re: Response to your October 1, 2020, Request for Records, ref: 16828 E. Parkview Avenue, Fountain Hills, AZ 85268

Dear Mr. Rust:

The Maricopa County Sheriff's Office is in receipt of your payment of $5.00, Check #1162 for documentation. To the best of our knowledge, the following records are true and correct copies of the original records kept by the Maricopa County Sheriff's Office in the ordinary course of business.

Enclosed please find a copy of the following records between 01/01/2020 – 11/23/2020:

- MCSO CAD Event History - MC20069226
- MCSO CAD Event History – IR20010603 / MC20073638
- MCSO CAD Event History – MC20083805
- MCSO CAD Event History – MC2006887

If you have any questions, please contact Legal Liaison Section at the address printed on the letterhead, or by calling (602) 876-3400.

Sincerely,

Kimberly Thompson
Legal Liaison Section Commander
Administrative Services Division
Maricopa County Sheriff's Office

KAT:dc

Enclosure(s)

550 W Jackson Street • Phoenix, Arizona 85003
(602) 876-1000 • Statewide Toll Free 1-800-352-4553 • WWW.MCSO.ORG    20362295



# Maricopa County Sheriff's Office
# Event History for MC20069226

Event Date: 04/04/2020

Report Ran: 11/30/2020 3:06:56 PM

**Event #:** MC20069226  
**Case Number:**  
**Event Type Description:** VEO VIOLATION OF EMERGENCY ORDER  
**Event Sub-Type:**  
**Location of Event:** E PARKVIEW AVE/N SAGUARO BLVD  
**Dispatch Group:** D7  
**Beat:** 741  
**Reporting Area:** 75890  

**Caller Name:** WILLIAM  
**Caller Phone #:**  
**Date/Time Call Received:** 04/04/2020 11:29:56  
**Date/Time Dispatch:** 04/04/2020 11:35:41  
**Date/Time Unit Enroute:**  
**Date/Time Unit on Scene:** 04/04/2020 11:36:40  
**Date/Time Cleared:** 04/04/2020 11:43:01  
**Cross Reference(s):**

| Unit | Serial | Disposition/Description |
|---|---|---|
| A740 | S1361 | 5  DETAIL COMPLETED AS PRIMARY UNIT |
| A741 | S2183 | 4X UNIT CANCEL PRIOR TO ONSCENE |

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/04/2020 | 11:29:56 | B4510 | | CALLER STATES THERE ARE APPROX 75 MOTORCYCLES IN THE PARKING LOT BEHIND THE PARKVIEW CAR WASH |
| 04/04/2020 | 11:29:56 | B4510 | | CALLER STATES THEY ARE ALL HUGGING AND N0 ONE IS KEEPING THEIR DISTANCE |
| 04/04/2020 | 11:29:56 | B4510 | | NO CC NECC- HE JUST WANTS TO REPORT |
| 04/04/2020 | 11:29:56 | B4510 | | ** LOI search completed at 04/04/20 11:29:56 |
| 04/04/2020 | 11:30:24 | B0735 | | a740 blain adv |
| 04/04/2020 | 11:30:25 | B0735 | | ** Event held for 60 minutes |
| 04/04/2020 | 11:35:41 | B0735 | | Unit A740 Dispatched to E PARKVIEW AVE/N SAGUARO BLVD FTN |
| 04/04/2020 | 11:35:41 | B0735 | A740 | D |
| 04/04/2020 | 11:36:27 | B0735 | | A740 -- OUT WITH APPROX 75 PPL |
| 04/04/2020 | 11:36:40 | B0735 | | Unit A740 On Scene at E PARKVIEW AVE/N SAGUARO BLVD FTN |



# Maricopa County Sheriff's Office
# Event History for MC20069226

Event Date: 04/04/2020

Report Ran: 11/30/2020 3:06:56 PM

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/04/2020 | 11:36:40 | B0735 | A740 | OS |
| 04/04/2020 | 11:36:43 | B0735 | A741 | D |
| 04/04/2020 | 11:36:43 | B0735 | | Unit A741 Dispatched to E PARKVIEW AVE/N SAGUARO BLVD FTN |
| 04/04/2020 | 11:38:17 | B0735 | | A740 -- CD 4 AND THEY ARE DISPERSING |
| 04/04/2020 | 11:38:21 | B0735 | A741 | AV |
| 04/04/2020 | 11:43:00 | S1361 | | Unit A740 Clear/5 |
| 04/04/2020 | 11:43:01 | S1361 | | 670 |
| 04/04/2020 | 11:43:01 | S1361 | | ** Situation found 670 |
| 04/04/2020 | 11:43:01 | S1361 | | 75 motorcyle riders stopped in town, I informed them of the executive order and they left town. I reminded them of no gatherings larger than 10 people. |
| 04/04/2020 | 11:43:01 | S1361 | A740 | SF  670 |
| 04/04/2020 | 11:43:01 | S1361 | A740 | AV  75 motorcyle riders stopped in town, I informed them of the executive order and they left town. I reminded them of no gatherings larger than 10 people. |



# Maricopa County Sheriff's Office
# Event History for mc20073638
Event Date: 04/10/2020

Report Ran: 12/16/2020 3:38:23 PM

**Event #:** MC20073638
**Case Number:** IR20010603
**Event Type Description:** VEO VIOLATION OF EMERGENCY ORDER
**Event Sub-Type:**
**Location of Event:** E PARKVIEW AVE/N SAGUARO BLVD
**Dispatch Group:** D7
**Beat:** 741
**Reporting Area:** 75890

**Caller Name:**
**Caller Phone #:**
**Date/Time Call Received:** 04/10/2020 19:57:02
**Date/Time Dispatch:** 04/10/2020 20:08:39
**Date/Time Unit Enroute:** 04/10/2020 20:08:47
**Date/Time Unit on Scene:** 04/10/2020 20:12:39
**Date/Time Cleared:** 04/10/2020 20:31:51
**Cross Reference(s):**

| Unit | Serial | Disposition/Description |
|---|---|---|
| G741 | S1658 | 2  POLICE SERVICE REPORT |

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/10/2020 | 19:57:02 | B3812 | | SAYS THE RESTURANT IS LETTING PPL INSIDE..5 PPL SITTING AT THE BAR WITH FOOD AND DRINKS |
| 04/10/2020 | 19:57:02 | B3812 | | SAYS NOT PRACTICING SOCIAL DISTANCING...SECOND NIGHT IN A ROW |
| 04/10/2020 | 19:57:02 | B3812 | | SAYS THEY ARE PARKING IN THE BACK OF THE RESTURANT |
| 04/10/2020 | 19:57:02 | B3812 | | ** LOI search completed at 04/10/20 19:57:02 |
| 04/10/2020 | 20:08:39 | B4550 | | Unit G741 Dispatched to E PARKVIEW AVE/N SAGUARO BLVD FTN:PARKVIEW TAPHOUSE |
| 04/10/2020 | 20:08:39 | B4550 | G741 | D |
| 04/10/2020 | 20:08:47 | S1658 | | Unit G741 Enroute |
| 04/10/2020 | 20:08:47 | S1658 | | Unit G741 Enroute to E PARKVIEW AVE/N SAGUARO BLVD FTN:PARKVIEW TAPHOUSE |
| 04/10/2020 | 20:09:07 | S1658 | | ** Case number IR20010603 has been assigned to event MC20073638 |
| 04/10/2020 | 20:09:07 | S1658 | | ** >>>> by: 771658 on terminal: $G741 |
| 04/10/2020 | 20:12:39 | S1658 | | Unit G741 On Scene |



# Maricopa County Sheriff's Office
# Event History for mc20073638

Event Date: 04/10/2020

Report Ran: 12/16/2020 3:38:23 PM

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/10/2020 | 20:12:39 | S1658 | | Unit G741 On Scene at E PARKVIEW AVE/N SAGUARO BLVD FTN:PARKVIEW TAPHOUSE |
| 04/10/2020 | 20:12:39 | S1658 | G741 | OS |
| 04/10/2020 | 20:27:15 | S1658 | | Unit [G741] Inf Issue Qry 0:ACVR.BDG/AP05.LIC/309TYZ.LIS/NM.LIY/2020.LIT/PC |
| 04/10/2020 | 20:29:44 | S1658 | | Unit [G741] Inf Issue Qry 0:ACWL.BDG/AP05.NAM/GABALDON, MILTON.DOB/███.SEX/M |
| 04/10/2020 | 20:30:36 | S1658 | | Unit [G741] Inf Issue Qry 0:ACWL.BDG/AP05.NAM/SANCHEZ, AGUILAR.DOB/███.SEX/M |
| 04/10/2020 | 20:31:51 | S1658 | | Unit G741 Clear/2 |
| 04/10/2020 | 20:31:51 | S1658 | | veo |
| 04/10/2020 | 20:31:51 | S1658 | | ** Situation found veo |
| 04/10/2020 | 20:31:51 | S1658 | G741 | SF  veo |
| 04/10/2020 | 20:31:51 | S1658 | G741 | AV  BWC - ACTIVATED |
| 04/10/2020 | 20:31:52 | S1658 | | BWC - ACTIVATED |



# Maricopa County Sheriff's Office
# Event History for MC20083805

Event Date: 04/25/2020

Report Ran: 11/30/2020 2:57:07 PM

**Event #:** MC20083805
**Case Number:**
**Event Type Description:** VEO VIOLATION OF EMERGENCY ORDER
**Event Sub-Type:**
**Location of Event:** 16828 E PARKVIEW AVE
**Dispatch Group:** D7
**Beat:** 741
**Reporting Area:** 75880

**Caller Name:** GUYETTE, ASHLEY
**Caller Phone #:**
**Date/Time Call Received:** 04/25/2020 18:20:47
**Date/Time Dispatch:** 04/25/2020 18:35:45
**Date/Time Unit Enroute:** 04/25/2020 18:49:44
**Date/Time Unit on Scene:** 04/25/2020 18:49:47
**Date/Time Cleared:** 04/25/2020 19:16:59
**Cross Reference(s):**

| Unit | Serial | Disposition/Description |
|---|---|---|
| L742 | S2160 | 5  DETAIL COMPLETED AS PRIMARY UNIT |

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/25/2020 | 18:20:47 | B0747 | | CC VIA 21, STATES SHE NOTICE A MC AND CAR THAT HAVE PARK OUTSIDE THIS RESTURANT. .SHE WAS TOLD BY A DEP LAST TIME WHEN SHE CALL ABOUT PPL GATHERING IN BACK OF THIS BUSN TO CALL IF SE SEES ANY OTHER GATHERINGS.. |
| 04/25/2020 | 18:20:47 | B0747 | | ** LOI search completed at 04/25/20 18:20:47 |
| 04/25/2020 | 18:21:19 | B0747 | | ** Event Location changed from "16828 E PARKVIEW AVE FTN:TAP" to "16828 E PARKVIEW AVE FTN:TAP HOUSE" at: 04/25/20 18:21:19 |
| 04/25/2020 | 18:21:19 | B0747 | | ** >>>> by: 220747 on terminal: sow10-vpcad06 |
| 04/25/2020 | 18:35:36 | B4759 | | A740 BLAIN ADV |
| 04/25/2020 | 18:35:37 | B4759 | | ** Event held for 60 minutes |
| 04/25/2020 | 18:35:45 | B4759 | | Unit L742 Dispatched to 16828 E PARKVIEW AVE FTN:TAP HOUSE |
| 04/25/2020 | 18:35:45 | B4759 | L742 | D |
| 04/25/2020 | 18:35:51 | S2160 | L742 | AK |
| 04/25/2020 | 18:35:51 | S2160 | | Unit L742 Acknowledge |



# Maricopa County Sheriff's Office
# Event History for MC20083805

Event Date: 04/25/2020

Report Ran: 11/30/2020 2:57:07 PM

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/25/2020 | 18:49:44 | S2160 | | Unit L742 Enroute |
| 04/25/2020 | 18:49:44 | S2160 | | Unit L742 Enroute to 16828 E PARKVIEW AVE FTN:TAP HOUSE |
| 04/25/2020 | 18:49:47 | S2160 | | Unit L742 On Scene |
| 04/25/2020 | 18:49:47 | S2160 | | Unit L742 On Scene at 16828 E PARKVIEW AVE FTN:TAP HOUSE |
| 04/25/2020 | 18:49:47 | S2160 | L742 | OS |
| 04/25/2020 | 19:16:59 | S2160 | L742 | AV |
| 04/25/2020 | 19:16:59 | S2160 | | Unit L742 Clear/5 |
| 04/25/2020 | 19:30:30 | S2160 | | Attempted contact with caller via 21 and there was no answer. The caller returned my phone call and advised me there was people lingering around Tap House. Caller also stated there was female individual at the business and she believed the female did not work there. Upon arrival, I patroled the area and saw no individuals lingering around any of the businesses in the area. I made contact with the manager (Sergio) and advised him why I was there and gave him a copy of the Executive Order. While I was inside the business I did not observe any individuals eating inside the business or hanging out inside the business. I did observe a customer place an order to go and then waited outside for their food. I did speak with the owner (Melton) via 21 and advised him why I was at the business. Melton was not happy with me being there and informed me that this has been an ongoing issue between his business and (Phills Resturant). Melton asked for my name and badge number. All appears code 4. bwc on |



## Maricopa County Sheriff's Office
## Event History for MC20068807

Event Date: 04/03/2020

Report Ran: 11/30/2020 3:06:08 PM

| | |
|---|---|
| **Event #:** MC20068807 | **Caller Name:** 101 |
| **Case Number:** | **Caller Phone #:** |
| **Event Type Description:** VEO VIOLATION OF EMERGENCY ORDER | **Date/Time Call Received:** 04/03/2020 16:58:36 |
| **Event Sub-Type:** | **Date/Time Dispatch:** 04/03/2020 17:20:22 |
| **Location of Event:** N SAGUARO BLVD/E PARKVIEW AVE | **Date/Time Unit Enroute:** 04/03/2020 17:20:28 |
| **Dispatch Group:** D7 | **Date/Time Unit on Scene:** 04/03/2020 17:49:58 |
| **Beat:** 741 | **Date/Time Cleared:** 04/03/2020 18:14:17 |
| **Reporting Area:** 75890 | **Cross Reference(s):** |

| Unit | Serial | Disposition/Description | | |
|---|---|---|---|---|
| G741 | S1658 | 5 | DETAIL COMPLETED AS PRIMARY UNIT | |

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/03/2020 | 16:58:36 | A6901 | | patrons are there outside , the busn has tables and chairs set up |
| 04/03/2020 | 16:58:36 | A6901 | | ** LOI search completed at 04/03/20 16:58:36 |
| 04/03/2020 | 16:58:38 | A6901 | | nc |
| 04/03/2020 | 17:20:22 | B4759 | | Unit G741 Dispatched to N SAGUARO BLVD/E PARKVIEW AVE FTN:TAPHOUSE |
| 04/03/2020 | 17:20:22 | B4759 | G741 | D |
| 04/03/2020 | 17:20:28 | S1658 | | Unit G741 Enroute |
| 04/03/2020 | 17:20:28 | S1658 | | Unit G741 Enroute to N SAGUARO BLVD/E PARKVIEW AVE FTN:TAPHOUSE |
| 04/03/2020 | 17:49:57 | S1658 | | Unit G741 On Scene |
| 04/03/2020 | 17:49:58 | S1658 | | Unit G741 On Scene at N SAGUARO BLVD/E PARKVIEW AVE FTN:TAPHOUSE |
| 04/03/2020 | 17:49:58 | S1658 | G741 | OS |
| 04/03/2020 | 18:01:54 | S1658 | | Unit [G741] Inf Issue Qry 0:ACWL.BDG/AP05.NAM/GABALDON,MILTON.DOB/████ SEX/M |



# Maricopa County Sheriff's Office
# Event History for MC20068807

Event Date: 04/03/2020

Report Ran: 11/30/2020 3:06:08 PM

| Date | Time | Serial No. | Unit | Comments |
|---|---|---|---|---|
| 04/03/2020 | 18:08:27 | S1658 | | INITIAL OBSERVATION: TWO TABLES SET UP IN PARKING LOT ON NORTH SIDE OF BUILDING; FOUR PEOPLE W/SEVERAL EMPTY GLASSES & PLATES ON TABLE; THREE STANDING NEARBY W/OPEN BOTTLES IN HANDS; TWO STANDING ON SIDEWALK BY REAR DOOR OF THE TAPHOUSE |
| 04/03/2020 | 18:10:41 | S1658 | | SPOKE w/MILTON GABALDON (owner/manager) - CLAIMS HE SPOKE TO AZ ALCOHOL LICENSING BOARD WHO INSTRUCTED HIM THAT TABLES OUTSIDE ARE ACCEPTABLE; ALSO CLAIMS THAT ALL THE BOTTLES, PLATES, ETC ON TABLE BELONG TO THE CUSTOMERS BECAUSE ORDERS WERE MADE "TO GO" **BUT** WHILE TALKING TO OWNER, CUSTOMER CAME UP TO HIM & ASKED FOR HIS TAB AS HE HAD TO LEAVE (INCONSISTENT WITH "TO GO" IDEA) |
| 04/03/2020 | 18:13:15 | S1658 | | COPY OF GOVERNORS ORDER PROVIDED TO GABALDON; PROVIDED EDUCATION RE: MCSO LATEST INSTRUCTIONS; HE STATED "IT'S NOT FAR THAT DC (restaurant) IS BEING ALLOWED TO SERVE PEOPLE INSIDE, AND THEY'RE NOT BEING STOPPED;" ASSURED HIM THAT MCSO IS ATTEMPTING TO PROVIDE THIS EDUCATIONAL OPPORTUNITY FOR ALL F.H. RESTAURANTS/BARS ON EQUAL BASIS |
| 04/03/2020 | 18:14:16 | S1658 | | Unit G741 Clear/5 |
| 04/03/2020 | 18:14:17 | S1658 | | 412 |
| 04/03/2020 | 18:14:17 | S1658 | | ** Situation found 412 |
| 04/03/2020 | 18:14:17 | S1658 | | BWC - ACTIVATED |
| 04/03/2020 | 18:14:17 | S1658 | G741 | SF 412 |
| 04/03/2020 | 18:14:17 | S1658 | G741 | AV BWC - ACTIVATED |
| 04/03/2020 | 18:31:04 | S1658 | | AFTER CLOSING OF CALL, REC'D MESSAGE TO CALL *ASHLEY* ▇▇▇▇▇ RE: THIS CALL FOR SERVICE; LEFT VM @1830HRS |