

# State of Arizona
# Department of Liquor Licenses and Control
# Investigation Report

**Case Information**

| Case Number: | 20-000603 | Type of Report: | E.O. Violation |
|---|---|---|---|
| Assigned To: | Schrimpf, Steven | Actual Insp. Date: | June 23, 2020 |
| Complaint Source: | Law Enforcement | Date of Incident: | June 23, 2020 |
| | | Inv. Priority: | High |

**License Information**

| License Number: | 012070004072 | | |
|---|---|---|---|
| Location Name: | PARKVIEW TAP HOUSE BAR & GRILL | | |
| Address: | 16828 E PARKVIEW Avenue<br># B & C<br>FOUNTAIN HILLS, AZ  85268<br>USA | | |
| Owner/Agent Name: | MILTON  MICHAEL  GABALDON | Phone: | (505) 553-1802 |

**Complainant Information**

| Complainant Name: | Maricopa County Sheriff's Office | DR #: | IR20010603 |
|---|---|---|---|
| Address: | Fountain Hills, AZ | Phone: | |
| Date Received: | 04/17/2020 | Received By: | Steve Schrimpf #41 |

**Violations**

| Admin. Counts | Criminal Counts | Violation Code | Violation Description |
|---|---|---|---|
| 1 | | 4-210.A.2 | Failure to Protect Patrons / Violating E.O. #2020-09 |

**Summary**

| MCSO discovered that this business was violating the Governor's Executive Order on 04/14/20. The business was given a warning and requested to comply with EO #2020-09. On 04/16/20 MCSO discovered that this business was again violating EO #2020-09 and issued another warning and notified the Liquor Department. |
|---|

**Findings**

| | Investigator | Inv. Supervisor | Inv. Chief | Compliance |
|---|---|---|---|---|
| Actionable/By: | Schrimpf, Steven | Kuhl, Wesley | | |
| Date: | 06/23/2020 | | | |
| Reason Non-Actionable: | | | | |
| Compliance Comment: | | | | |

**Other Violations:**

**Citations:**

**Suspects:**

**Witness/Subpoena List:**   Deputy W. Voeltz #S1658
Maricopa County Sheriff's Office
550 West Jackson Street
Phoenix, Arizona 85007

Milton Gabaldon, Licensee
Parkview Tap House #012070004072
16153 East Glenview Drive
Fountain Hills, Arizona 85268

Detective Steve Schrimpf #41
Arizona Department of Liquor
800 West Washington Street, Suite 500
Phoenix, Arizona 85007

Aguilar Sanchez, Tap House employee


David Illsley, Customer/Witness


Charles Ellis, Customer/Witness


Jeffrey Woolbright, Customer/Witness


**Property/Evidence List:**

**Attachments:**   MCSO report #IR20010603
Public Access
Executive Order #2020-09

**Narrative:**

**A review of a submitted Maricopa County Sheriff's Office incident report, #IR20010603, presented information that Milton Gabaldon, the licensee for the Parkview Tap House in Fountain Hills, Arizona, violated Executive Order #2020-09 when, on 04/10/2020, he was open for business and serving customers after he was given a verbal warning to stop and voluntarily comply with the Governor's Executive Order by MCSO Deputy Voeltz on 04/03/2020.**

**1st VERBAL WARNING: Given by Deputy Voeltz to Milton Gabaldon on 04/03/2020, after the deputy responded to a complaint that the Parkview Tap House was open and serving customers in violation of Governor Ducey's Executive Order, #2020-09. At that time the deputy observed nine (9) patrons consuming alcohol from open containers immediately outside of the backdoor of the restaurant.**

**2nd VERBAL WARNING: Given by Deputy Voeltz to Milton Gabaldon on 04/10/2020, after the deputy responded to a complaint that the Parkview Tap House was open and serving customers in violation of Governor Ducey's Executive Order, #2020-09. The deputy observed three (3) customers inside the bar with open containers of alcohol. The deputy identified each customer as a witness.**

**On 04/14/20 I telephoned Milton Gabaldon and spoke with him regarding this violation. Mr. Gabaldon admitted to the offense and then agreed to comply with the Executive Order moving forward. Gabaldon did not mention me calling the DLLC for advice or being given permission to serve customer via the rear door.**

**This case will be submitted to the Compliance Section for adjudication.**

**Detective Steve Schrimpf #41**