

STATE OF ARIZONA
DEPARTMENT OF LIQUOR LICENSES AND CONTROL

DOUGLAS A. DUCEY
GOVERNOR

JOHN COCCA
DIRECTOR

July 9, 2020

Milton M. Gabaldon, Agent
MMDCNG LLC
Parkview Tap House Bar & Grill
16828 E. Parkview Avenue #B & C
Fountain Hills, Arizona 85268

Re: Liquor License #012070004072

Licensee:

We have received Report No.20-000603 from the Department's Investigation Unit alleging the following violation(s):

| Date of Violation | Statute | Description |
|---|---|---|
| **June 23, 2020** | **4-210.A.2** | **Licensee fails to maintain capability, qualification and reliability** |
| **June 23, 2020** | **4-210.A.10** | **Failure to protect the safety of patrons** |

1) You may sign the attached agreement and pay the **reduced** penalty offered in the department's mail-in program. If you choose this option, please return the signed agreement to the department (800 West Washington, Fifth Floor, Phoenix, AZ 85007) by the due date given on the bottom of the second page of this letter. Acceptable forms of payment are: Cashier's Check, Certified Funds or Money Order, made payable to the Department of Liquor Licenses and Control or by Charge Card (In Person) or On-Line via the department's E-Licensing Portal (Registration required).

OR

2) You may choose to discuss the violation(s) with the department's Compliance Officer. To do so, you must call **(602) 542-9043** within 10 days from the date of this letter to schedule an informal meeting.

OR

3) If you fail to either make payment by the due date given on the bottom of the second page of this letter or schedule an informal meeting with the department's Compliance Officer, **a complaint will be filed against you** and this matter will be set for a hearing before an Administrative Law Judge through the Office of Administrative Hearings.

If you have any questions, please call us at 602-542-9043.

Manuel G. Escudero
Compliance Unit

800 WEST WASHINGTON FIFTH FLOOR PHOENIX, ARIZONA 85007 (602) 542-5141 FAX (602) 542-5707
*www.azliquor.gov*

INDIVIDUALS REQUIRING ADA ACCOMMODATIONS CALL (602) 542-9027

Milton M. Gabaldon, Agent
MMDCNG LLC
Parkview Tap House Bar & Grill
16828 E. Parkview Avenue #B & C
Fountain Hills, Arizona 85268

**MAIL-IN CONSENT AGREEMENT**
**Compliance Action No.000325-20**

Re: License #012070004072

DLLC Case #20-000603
Police Agency: DLLC

By executing this mail-in consent agreement, the Licensee:

Waives any right to a compliance meeting with a representative of the Department of Liquor Licenses and Control;

Waives any right to a hearing before an Administrative Law Judge through the Office of Administrative Hearings; and

Admits that sufficient evidence exists to uphold the violation; therefore, the Licensee hereby consents to the following violation(s), agreeing to pay the **reduced penalty by the date specified at the bottom of this page**.

| Date of Occurrence | Statutory Violation | Description | Penalty Assessed |
|---|---|---|---|
| **June 23, 2020** | **4-210.A.2** | **Licensee fails to maintain capability, qualification and reliability** | **$2,000.00** |
| **June 23, 2020** | **4-210.A.10** | **Failure to protect the safety of patrons** | **$1,500.00** |
| | | | |

Total Penalty Assessed ............................................$3,500.00
Mail-in Program Reduction........................................$1,750.00
***Total penalty if paid by specified date.....................$1,750.00
(Enclose your payment along with this signed form to the Department of Liquor Licenses and Control, 800 W. Washington, Fifth Floor, Phoenix, AZ 85007)

Date: _____     By: _____
                                        Please sign name

                                       _____
                                        Please print name

***Payment in the form of Cashier's Check, Money Order or Certified Funds must be received on or before August 9, 2020. This is a one-time mail-in offer made available to reduce administrative costs. Charge Card payments available (in person) or On-Line Via the E-Licensing Web Portal (Registration required).

Revised 6/1/07