# AFFIDAVIT OF CHARLES ELLIS II

County of Maricopa

Charles Ellis II, being first duly sworn, upon his oath, deposes and says:

1. My name is Charles Ellis II. I am a resident of Fountain Hills, Arizona, and have lived in Fountain Hills, Arizona for the past three years.

2. I am familiar with the shopping center where the business known as The Tap House is located; however, I have never been to The Tap House.

3. There is another business called Phil's which is located in the same shopping center to purchase food.

4. I have not had any contact with the Maricopa County Sheriff's Office, and I have no idea how MCSO got may name to put in any report.

FURTHER AFFIANT SAYETH NOT.

DATED this 30th day of September, 2020.

_____

SUBSCRIBED AND SWORN to before me this 30th day of September, 2020, by Charles Ellis II.

_____
Notary Public

My Commission Expires: 11/08/2022


AERION GLAVAC-SKINNER
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 559547
Expires November 8, 2022

# AFFIDAVIT OF TINA WOOLBRIGHT

County of Maricopa

Tina Woolbright, being first duly sworn, upon her oath, deposes and says:

1. My name is Tina Woolbright. I am a resident of Fountain Hills, Arizona.
2. My husband, Jeffrey Woolbright, owns a company called Integrated Automation which installs low voltage wiring and television equipment.
3. On April 10, 2020, my husband for his company was present on the premises of a local business called The Tap House. The purpose of my husband's presence at The Tap House on April 10, 2020 was to reconfigure an existing cable television system for The Tap House
4. I knew that my husband was performing work for The Tap House on April 10, 2020. I therefore ordered take-out food from The Tap House to take home for us to eat that evening.
5. While waiting for our take-out order to be completed, I drank a beer.

...

...

...

...

...

# AFFIDAVIT OF TINA WOOLBRIGHT

County of Maricopa

Tina Woolbright, being first duly sworn, upon her oath, deposes and says:

1. My name is Tina Woolbright. I am a resident of Fountain Hills, Arizona. I am the owner of Woolbright Installations, a company which installs low voltage wiring and television equipment.

2. On April 10, 2020, my husband for his company was present on the premises of a local business called The Tap House. The purpose of my husband's presence at The Tap House on April 10, 2020 was to reconfigure an existing cable television system for The Tap House.

3. I know that my husband was performing work at The Tap House on April 10, 2020. I therefore ordered take-out food from The Tap House to take home for us to eat that evening.

4. While waiting for our take-out order to be completed, I took a seat

6. The Tap House was not open to the public for inside dining during my brief time at the premises to pick up a to-go order, and I did not observe anyone else using The Tap House as a dine-in restaurant.

FURTHER AFFIANT SAYETH NOT.

DATED this 23 day of September, 2020.

_____

SUBSCRIBED AND SWORN to before me this 23 day of September, 2020, by Tina Woolbright.

_____
Notary Public

My Commission Expires: 5/31/2022



ALLISON FIORILLI SMITH
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 547346
Expires May 31, 2022

6. The Tap House was not open to the public for inside dining during my brief time at the premises to pick up a to-go order, and I did not observe anyone else using The Tap House as a dine-in restaurant.

FURTHER AFFIANT SAYETH NOT.

DATED this ___ day of September, 2020.

______________________________

SUBSCRIBED AND SWORN to before me this ___ day of September, 2020, by Tina Woolbright.

______________________________

Notary Public

My Commission Expires: ______________

# AFFIDAVIT OF JEFFREY WOOLBRIGHT

County of Maricopa

Jeffrey Woolbright, being first duly sworn, upon his oath, deposes and says:

1. My name is Jeffrey Woolbright. I am a resident of Fountain Hills, Arizona.

2. I own a company called Integrated Automation which installs low voltage wiring and television equipment.

3. On April 10, 2020, I was present on the premises of a local business called The Tap House, which is a client of my company. The purposes of my presence at The Tap House on April 10, 2020 was to reconfigure the existing cable television system for The Tap House at the request of its owner Milton.

4. An invoice reflecting the work being performed at The Tap House on April 10, 2020 is attached.

5. My presence at The Tap House on April 10, 2020 was not as a customer of the restaurant, which was open for carry out orders only, but was as a vendor to reconfigure the existing cable television system which took approximately eight hours.

# AFFIDAVIT OF JEFFREY WOOLBRIGHT

County of Maricopa

Jeffrey Woolbright, being first duly sworn upon his oath, deposes and says:

1. My name is Jeffrey Woolbright. I am a resident of Fountain Hills, Arizona. I own a company called Arizona Audio/Video which specializes in wiring and television equipment.

2. On April 10, 2020, I was present on the premises of a local business called The Tap House, which is a client of my company. The purpose of my presence at The Tap House on April 10, 2020 was to reconfigure the existing cable television system for The Tap House at the request of its owner Milton.

3. An invoice reflecting the work being performed at The Tap House on April 10, 2020 is attached.

4. My presence at The Tap House on April 10, 2020 was not as a customer of the restaurant, which was open for carry-out order only, but was as a vendor to reconfigure the existing cable television system which took approximately eight hours.

6. My wife, Tina Woolbright, knew I was performing work for The Tap House. She therefore ordered take-out food from The Tap House to take home for us to eat that evening.

7. While waiting for our take-out order to be completed, my wife and I each drank a beer.

8. The Tap House was not open to the public for inside dining during my time performing work at the premises, but only for carry-out dining. I did not observe anyone using The Tap House as a dine-in restaurant.

9. The only other persons present in The Tap House was the cook, Aquilar Sanchez, and some other person that I did not know who was waiting for his carry-out order.

FURTHER AFFIANT SAYETH NOT.

DATED this 23 day of September, 2020.

_____

SUBSCRIBED AND SWORN to before me this 23 day of September, 2020, by Jeffrey Woolbright.

_____
Notary Public

My Commission Expires: 5/31/2022

ALLISON FIORILLI SMITH
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 547346
Expires May 31, 2022

6. My wife, Tina Woolbright, knew I was performing work for The Tap House. She therefore ordered take-out food from The Tap House to take home for us to eat that evening.

7. While waiting for our take-out order to be completed, my wife and I each drank a beer.

8. The Tap House was not open to the public for inside dining during my time performing work at the premises, but only for carry-out dining. I did not observe anyone using The Tap House as a dine-in restaurant.

9. The only other persons present in The Tap House was the cook, Aquilan Sanchez, and some other person that I did not know who was waiting for his carry-out order.

FURTHER AFFIANT SAYETH NOT.

DATED this ___ day of September, 2020.

SUBSCRIBED AND SWORN to before me this ___ day of September, 2020, by Jeffrey Woolbright.

______________________________

Notary Public

My Commission Expires: ______________

Integrated Automation, LLC
14018 N Shiloh Way
Fountain Hills, AZ  85268
(602) 622 2206
Admin@thebestav.net



**BILL TO**
Milton Gabaldon
The Tap House
16828 E Parkview Ave
Fountain Hills, AZ  85268

| | | | |
|---|---:|---:|---:|
| Xantech HDBaseT 4x4 Matrix Kit with 4 HDBT Receivers - 70m | 1 | 2,159.00 | 2,159.00T |
| IR Emitter - 2 Pack | 12 | 25.00 | 300.00T |
| The gSC10 features a faster CPU, more memory, extensive I/O and updated connectivity. It is designed to integrate medium to extra-large projects. DONATED FROM BRIAN AT ELAN RETAIL PRICE $2640.00 | 1 | 0.00 | 0.00 |
| Labor to complete project listed. | 8 | 95.00 | 760.00 |

| | |
|---|---:|
| SUBTOTAL | 3,219.00 |
| TAX (8.05%) | 197.95 |
| TOTAL | 3,416.95 |

ROC #315709
www.IntegratedAutomationLLC.com
Follow us on Facebook and Instagram